IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BYRON J. LEWIS and CB SPORTS BAR INC., <br><br> Defendants. | Case No. 14-cv-652-SMY-DGW |

## ORDER

On June 6, 2014, Plaintiff filed its Complaint against Defendants. On November 10, 2014, the Court entered a Notice of Impending Dismissal (Doc. 13) for want of prosecution stating that if Plaintiff did not serve Defendants within twenty days, its case would be dismissed. On November 26, 2014, Plaintiff filed a Motion for Extension of Time (Doc. 14) to serve Defendants. The Court granted Plaintiff's Motion, and extended Plaintiff's time to serve Defendants until January 28, 2015 (Doc. 15). On February 2, 2015, after Plaintiff had failed to serve Defendants, the Court entered another Notice of Impending Dismissal (Doc. 17) for want of prosecution stating that if Plaintiff did not serve Defendants within twenty days, its case would be dismissed. To date, Plaintiff has not filed anything with this Court showing that Defendants have been served. Accordingly, the Court **DISMISSES** Plaintiff's Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED:** March 4, 2015

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
